IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.D., | : | CIVIL ACTION |
| *A Minor, by and through his Parents,* | : | |
| *A.S. and A.D.* | : | No. 11-4365 |
| | : | |
| v. | : | |
| | : | |
| CENTRAL BUCKS SCHOOL DISTRICT | : | |

## **JUDGMENT**

AND NOW, this 28th day of September, 2012, it is ORDERED:

- Plaintiff H.D.'s Motion for Judgment on the Administrative Record (Document 22) is DENIED;

- Defendant Central Bucks School District's (the District) Motion for Decision on the Administrative Record (Document 21) is GRANTED; and

- Judgment is entered in favor of the District and against H.D. on all counts.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.